# EXHIBIT C

**NYSCEF** - New York State Courts Electronic Filing   (Live System)

<< Return to **Search Results**

## 656049/2021 - New York County Supreme Court

Short Caption: **CAPITAL MERCHANT SERVICES, LLC et al v. LATERAL RECOVERY LLC et al**
Case Type: **Special Proceedings - CPLR Article 75 (Arbitration) - Commercial Division**
Case Status: **Active**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Robert R. Reed**

**Narrow By Options**

Document Type: [Please select...]   Filed By:
[Please select...]
Motion Info: [Please select...]   Filed Date:
[  ] thru [  ]
Document Number: [  ]
Display Document List with Motion Folders 📁

Sort By: [Doc #]

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | PETITION | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 2 | EXHIBIT(S) - A<br>Respondents' Arbitration Demand<br>Possible SSN Administratively Redacted | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 3 | EXHIBIT(S) - B<br>Reece Affidavit | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 4 | EXHIBIT(S) - C<br>Letters | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 5 | EXHIBIT(S) - D<br>Complaint from Lateral Juscom Feeder, LLC v. Reich | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 6 | EXHIBIT(S) - E<br>Settlement Agreement Dated February 21, 2018<br>**Redacted** per 22 NYCRR §202.5(e) | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 7 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 8 | EXHIBIT(S) - 1<br>MAC Agreement 1 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 9 | EXHIBIT(S) - 2<br>MAC Agreement 2 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 10 | EXHIBIT(S) - 3<br>MAC Agreement 3 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 11 | EXHIBIT(S) - 4<br>MAC Judgment | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 12 | EXHIBIT(S) - 5<br>MAC Satisfaction of Judgment | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 13 | EXHIBIT(S) - 6<br>GCF Agreement 1 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 14 | EXHIBIT(S) - 7<br>GCF Agreement 2 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 15 | EXHIBIT(S) - 8<br>GCF Agreement 3 | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | Processed<br>Confirmation Notice |
| 16 | EXHIBIT(S) - 9 | Murray, C. | Processed |

| # | | | Status |
|---|---|---|---|
| | *GCF Agreement 4* | Filed: 10/20/2021<br>Received: 10/20/2021 | Confirmation Notice |
| 17 | EXHIBIT(S)  - 10<br>*CMS Agreement 1* | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 18 | EXHIBIT(S)  - 11<br>*CMS Agreement 2* | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 19 | EXHIBIT(S)  - 12<br>*CMS Agreement 3* | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 20 | MEMORANDUM OF LAW | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 21 | ORDER TO SHOW CAUSE ( PROPOSED )  (Motion #001) | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 22 | RJI -RE: ORDER TO SHOW CAUSE | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 23 | ADDENDUM - GENERAL (840A) | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 24 | ADDENDUM - COMMERCIAL DIVISION (840C) | Murray, C.<br>Filed: 10/20/2021<br>Received: 10/20/2021 | **Processed**<br>Confirmation Notice |
| 25 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN  (Motion #001) | Court User<br>Filed: 10/27/2021<br>Received: 10/26/2021 | **Processed**<br>Confirmation Notice |
| 26 | ORDER TO SHOW CAUSE (PROPOSED) (AMENDED)  (Motion #001)<br>*Disregard - County Clerk will review.* | Murray, C.<br>Filed: 10/26/2021<br>Received: 10/26/2021 | *** *Pending* ***<br>Confirmation Notice |
| 27 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP  (Motion #001)<br>*Emergency Affirmation with Notice Pursuant to 202.7(f)* | Murray, C.<br>Filed: 10/26/2021<br>Received: 10/26/2021 | **Processed**<br>Confirmation Notice |
| 28 | ORDER TO SHOW CAUSE ( PROPOSED )  (Motion #002) | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 29 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP  (Motion #002) | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 30 | EXHIBIT(S)  - 1  (Motion #002)<br>*1* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 31 | EXHIBIT(S)  - 2  (Motion #002)<br>*2* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 32 | EXHIBIT(S)  - 3  (Motion #002)<br>*3* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 33 | EXHIBIT(S)  - 4  (Motion #002)<br>*4* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 34 | EXHIBIT(S)  - 5  (Motion #002)<br>*5* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 35 | EXHIBIT(S)  - 6  (Motion #002)<br>*6* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 36 | EXHIBIT(S)  - 7  (Motion #002)<br>*7* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 37 | EXHIBIT(S)  - 8  (Motion #002)<br>*8* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 38 | EXHIBIT(S)  - 9  (Motion #002)<br>*9* | Murray, C.<br>Filed: 10/27/2021<br>Received: 10/27/2021 | **Processed**<br>Confirmation Notice |
| 39 | EXHIBIT(S)  - 10  (Motion #002) | Murray, C. | **Processed** |

| | | | |
|---|---|---|---|
| | *10* | Filed: 10/27/2021<br>*Received: 10/27/2021* | Confirmation Notice |
| 40 | EXHIBIT(S) - 11  (Motion #002)<br>*11* | Murray, C.<br>Filed: 10/27/2021<br>*Received: 10/27/2021* | **Processed**<br>Confirmation Notice |
| 41 | EXHIBIT(S) - 12  (Motion #002)<br>*12* | Murray, C.<br>Filed: 10/27/2021<br>*Received: 10/27/2021* | **Processed**<br>Confirmation Notice |
| 42 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP  (Motion #002)<br>*Emergency Affirmation with Notice 202.7(f)* | Murray, C.<br>Filed: 10/27/2021<br>*Received: 10/27/2021* | **Processed**<br>Confirmation Notice |
| 43 | MEMORANDUM OF LAW IN SUPPORT  (Motion #002) | Murray, C.<br>Filed: 10/27/2021<br>*Received: 10/27/2021* | **Processed**<br>Confirmation Notice |