# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CAPITAL MERCHANT SERVICES LLC; GREEN CAPITAL FUNDING, LLC; and MIDNIGHT CAPITAL, LLC<br><br>Petitioners,<br><br>-against-<br><br>LATERAL RECOVERY LLC, as assignee of BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC<br><br>Respondents. | Index No. 656049/2021<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL TO DISTRICT COURT** |

To: Christopher Murray, Esq.
Stein Adler Dabah & Zelkowitz, LLP
1633 Broadway, 46th Floor
New York, New York 10019
Tel: (212) 867-5620
E-Mail: cmurray@steinadlerlaw.com
*Attorneys for Petitioners*

Clerk
Supreme Court, County of New York

PLEASE TAKE NOTICE THAT on October 27, 2021, Respondents, LATERAL RECOVERY LLC, BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., and FOCUS WIRELESS, LLC, filed a Notice of Removal of this action to the United States District Court for the Southern District of New York.  A copy of this Notice of Removal with supporting exhibits is annexed hereto as exhibit A, and has been served along with this notice on the Clerk.  Copies of this Notice, the Notice of Removal and all supporting papers were served on counsel for all parties.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), no further proceedings shall occur in this Court unless and until the case is remanded.

27950284v.1

Date: October 27, 2021                    Respectfully submitted,

                                                **WHITE AND WILLIAMS LLP**

By:    *s/ Shane R. Heskin*
           Shane R. Heskin, Esquire
           Times Square Tower
           7 Times Square, Suite 2900
           New York, NY 10036
           (215) 864-6329
           heskins@whiteandwilliams.com

27950284v.1